IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

JAMES R. DRIGGERS,

    Plaintiff,

vs.                                                   1:19-cv-00850-JB-B

CALIBER HOME LOANS, INC.,
FAY SERVICING, LLC, and
CITIBANK N.A. AS TRUSTEE FOR
CMLTI ASSET TRUST,

    Defendants.

## Defendant, Citibank's PARTIAL Motion to Dismiss Amended Complaint

COMES NOW, Defendant Citibank N.A., as Trustee for CMLTI Asset Trust ("Citibank"), and to avoid unnecessary duplication, joins in and adopts as its own the Partial Motion to Dismiss filed by the Defendant, Fay Servicing, LLC [doc. 31, ¶¶1-6] and its Reply in Support thereof [doc. 38] in relation to the objections the claims of Negligence and Wantonness that appear as Counts 4 and 5 of the Amended Complaint [doc. 20, pgs. 15-18]. Fay's discussion of fact and law confirming the non-existence of causes of action for Negligence or Wantonness (including Negligence per se or Wantonness per se) in relation to the servicing of a mortgage account apply with identical effect to Citibank, the mortgagee under the circumstances alleged. Citibank also adopts Fay's discussion of recent and unanimous precedent supporting its position, including *Costine v. BAC Home Loans*, 946 F. Supp. 2d 1224, 1233 (N.D. Ala. 2013); *James v. Nationstar Mortg.*, 92 F. Supp. 3d 1190, 1198–99 (S.D. Ala. 2015); *Rice v. Seterus*, No. 7:17-CV-00732-RDP, 2018 WL 513345, at *4 (N.D. Ala. Jan. 23, 2018); *Ott v. Quicken Loans*, 2015 WL 248938, *5 (M.D. Ala. 2015); *Bennett v. Nationstar Mortg.*, 2015 WL 5294321, at *6 (S.D. Ala. Sept. 8, 2015), et al.

WHEREFORE, the premises considered, Citibank joins in the motion to dismiss Counts 4 and 5 from the Amended Complaint.

Respectfully submitted on March 26, 2020.

> /s/ Timothy P. Pittman
> Timothy P. Pittman (PIT037)
> Amanda Becket (BEC029)
> **RUBIN LUBLIN, LLC**
> 200 Clinton Avenue West, Suite 406
> Huntsville, AL 35801
> (678) 281-2972 (Telephone)
> (404) 601-5095 (Facsimile)
> tpittman@rubinlublin.com
> *Attorneys for Fay Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I served a true and correct copy of the foregoing on all parties as follows:

| | |
|---|---|
| Earl P. Underwood, Jr.<br>Kenneth J. Riemer<br>Underwood & Riemer, P.C.<br>21 S Section Street<br>Fairhope, Alabama 36532<br>epu@urlaw.onmicrosoft.com<br>kriemer01@gmail.com<br>*Attorney for Plaintiff* | via CM/ECF email |
| Grant A. Premo<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>gpremo@bradley.com<br>*Attorney for Defendant Caliber Home Loans, Inc.* | via CM/ECF email |

> /s/ Timothy P. Pittman
> Timothy P. Pittman (PIT037)