IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES R. DRIGGERS,** | * |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | * |
| **CALIBER HOME LOANS, INC., and** | * Civil Action No.: 1:19-cv-00850-JB-B |
| **FAY SERVICING, LLC., and** | * |
| **CITIBANK N.A. AS TRUSTEE FOR** | * |
| **CMLTI ASSET TRUST,** | * |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** the Plaintiff and respectfully requests an additional fourteen (14) calendar days to file an amended complaint. The current deadline is April 10, 2020. The extension is requested because the parties are currently exchanging discovery and discussing settlement.

There is no objection to the extension by counsel for the defendant.

**WHEREFORE,** Plaintiff respectfully requests that the deadline to file an amended complaint be extended an additional fourteen (14) calendar days or until April 24, 2020.

Respectfully submitted,

*/s /Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr., Esq.**
**Underwood & Riemer, P.C.**
**21 South Section Street**
**Fairhope, Alabama 36532**
**Telephone:   (251) 990-5558**
**Facsimile:    (251) 990-0626**
**Email: epunderwood@alalaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April 2020, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**