## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES R. DRIGGERS,** | * |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | * |
| **CALIBER HOME LOANS, INC., and** | *  Civil Action No.: 1:19-cv-00850-JB-B |
| **FAY SERVICING, LLC., and** | * |
| **CITIBANK N.A. AS TRUSTEE FOR** | * |
| **CMLTI ASSET TRUST,** | * |
| **Defendants.** | |

### PROTECTIVE ORDER ENTERED ON AGREEMENT OF PARTIES

Plaintiff James R. Driggers ("Driggers") and Defendants Fay Servicing, LLC ("Fay") and Citibank N.A. As Trustee For CMLTI Asset Trust ("Citibank") (collectively the "Parties"), have agreed on certain protections and procedures regarding the production of certain documents and information which will or may be produced or disclosed during the course of the above-styled Action, and have requested that the Court enter a Protective Order memorializing such protections. The Court, therefore, enters the following order:

1.　From and after the execution of this Order by the Parties, the Parties may designate as "Confidential" any documents which they produce which they, in good faith, believe to be confidential or to include sensitive personal information, business information, trade secrets, financial information or other proprietary or confidential information. Designation may be accomplished by stamping each confidential document with the legend "Confidential" or similar words.

2.　Documents which are so designated as "Confidential" shall be used solely for the purposes of prosecuting or defending this Action, or any appeal or retrial after any such appeal.

"Confidential" documents shall not be disclosed to any persons other than (a) counsel of record for Parties to this proceeding, including necessary professional, secretarial and clerical personnel from such counsel's respective offices; (b) qualified persons taking or recording testimony involving such documents or information and necessary stenographic, videographic and clerical personnel therefore; (c) officers, directors and employees of the parties to this Action to which disclosure is necessary for purposes of this litigation; (d) independent consultants and technical experts and their staff who are engaged directly in this Action; and (e) any trial or appellate court (the "Court"). `Any filings under seal must comply with S.D. Ala GenLR 5.2.`

   3. Any documents designated as "Confidential" which are filed with the Court, including as an attachment or exhibit to any motion or other filing, shall be filed with the Clerk of the Court under seal and made available only to the Court, Court personnel, counsel of record for the Parties to this proceeding and persons designated elsewhere in this Order as being authorized to receive such information, except as otherwise agreed by the Parties and/or ordered by the Court.

   4. This Order is without prejudice to the rights of the Parties to seek an Order from this Court imposing greater, lesser or different restrictions on the dissemination or use of "Confidential" information or to seek to rescind, modify, alter or amend this Order with respect to specific documents or information.

   5. By making documents available for use in this Action, the Parties have not waived or compromised any confidentiality or protectability of the same, nor have they admitted to the admissibility at trial of the documents or waived any objections to the admissibility of the same.

   6. Subject to Paragraph 2 above, the confidential information is not to be shared directly or indirectly with any other person or entity without prior written consent of the Parties or, failing such consent, Court permission.

7. Any party or individual acting on behalf of a party who discloses confidential information to any person or entity not designated in this Order may be liable to the non-disclosing party for all damages, including costs and attorney's fees, incurred by the non-disclosing party arising from or related to such disclosure.

DONE and ORDERED this __29th__ day of _____April_____, 2020.

U.S. Magistrate Judge Sonja F. Bivins

Digitally signed by U.S. Magistrate Judge Sonja F.Bivins
DN: cn=U.S. Magistrate Judge Sonja F.Bivins, o=Alabama Southern District, ou=U.S. District Court, email=efile_Bivins@alsd.uscourts.gov, c=US
Date: 2020.04.29 15:55:31 -06'00'

_____
SONJA F. BIVINS
United States Magistrate Judge