# JAMES R. DRIGGERS
12240 Sandy Creek Drive
Foley, Alabama 36535-4870

## NOTICE OF ERROR AND REQUEST FOR INFORMATION

November 13, 2018

Faye Servicing, LLC
PO Box 809441
Chicago, IL 60680-9441

Re:   **Caliber Loan Number:**   *9804137389-011D*
      **Property Address:**      *12240 Sandy Creek Drive, Foley, Alabama 36536*
      **Borrower:**               *James R. Driggers*

Dear Sir/Madam:

I do not believe that I you are stating the amount of my payments correctly. I believe that it is $463.08 instead of $604.08. Please correct this.

I am writing to request that you investigate this to determine whether the payments are property applied to the account. I am also requesting that you make all appropriate corrections.

Please regard this as a notice of error and qualified written request pursuant to 12 U.S.C. 2605(e) and provide me with the following:

1) A complete payment and transaction history for this loan, including all entries of any nature in the form of a debit, a credit, a transfer or otherwise;

2) Statement of each payment you claim I have not made since you began servicing the loan;

3) Detailed payoff statement;

4) The amount of any funds deposited in any suspense accounts or corporate advance accounts or any other similar accounts and a description of all payments from any such accounts including the date of the payment, the purpose or nature of the payment, and the amount of each such payment; and

5) All documents related to any modification of the loan and an accounting of any "deferred" amounts.

6) A copy of any insurance policy that you purchased to insure the home.



DEFENDANT'S EXHIBIT 10

Please send the requested information and documents to me at the above address within thirty (30) days and I look forward to receiving your response. If you have any questions, I can be reached 251-986-7642.

Sincerely,

_____

JAMES DRIGGERS