

# JAMES R. DRIGGERS
12240 Sandy Creek Drive
Foley, Alabama 36535-4870
### NOTICE OF ERROR AND REQUEST FOR INFORMATION

January 16, 2019

Faye Servicing, LLC
901 S. 2nd Street Suite 201
Springfield, IL 62704

*Re:* ***Caliber Loan Number:*** **9804137389-011D**
*****Property Address:*** **12240 Sandy Creek Drive, Foley, Alabama 36536**
*****Borrower:*** **James R. Driggers**

Dear Sir/Madam:

I received your Statement dated 11/20/18 and I believe it to be incorrect. It is being stated that I made a payment of $635.00 when I actually made a payment of $604.08 on the 6th over the phone. Confirmation number 111420181237073011. This was the amount I was told I was to pay. Also, you have my principal listed as $140,988.61 and I do not believe this to be true. Please correct this.

I am also requesting that you send me proof of insurance since I have yet to receive this.

I am writing to request that you investigate this to determine whether the payments are property applied to the account. I am also requesting that you make all appropriate corrections. Also, I received a phone call from a lady the other day who said that my payment was going to increase by $100.00 a month and I would like to know why.

Please regard this as a notice of error and qualified written request pursuant to 12 U.S.C. 2605(e) and provide me with the following:

1) A complete payment and transaction history for this loan, including all entries of any nature in the form of a debit, a credit, a transfer or otherwise;

2) Statement of each payment you claim I have not made since you began servicing the loan;

3) Detailed payoff statement;

4) The amount of any funds deposited in any suspense accounts or corporate advance accounts or any other similar accounts and a description of all payments from any such accounts including the date of the payment, the purpose or nature of the payment, and the amount of each such payment; and

5) All documents related to any modification of the loan and an accounting of any "deferred" amounts.

6) A copy of any insurance policy that you purchased to insure the home.

Please send the requested information and documents to me at the above address within thirty (30) days and I look forward to receiving your response. If you have any questions, I can be reached 251-986-7642.

Sincerely,

_____

JAMES DRIGGERS