1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

---

JAMES R. DRIGGERS,

    Plaintiff,

vs.      CASE NO.: 1:19-CV-00850-JB-B

FAY SERVICING, LLC, and
CITIBANK N.A. AS TRUSTEE FOR

CMLTI ASSET TRUST,

    Defendants.

---

THE DEPOSITION OF: MICHAEL PATERNO


The deposition of MICHAEL PATERNO, was taken before LAUREN S. DORGAN, as Commissioner, via Zoom Teleconference, located in Fairhope, Alabama, on August 24, 2020, commencing at approximately 9:00 a.m.

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*



DEFENDANT'S EXHIBIT 13

```
 1                    A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFF:
      (Via Zoom Teleconference)
 4
                 EARL P. UNDERWOOD, JR., ESQUIRE
 5               Underwood & Riemer, P.C.
                 21 South Section Street
 6               Fairhope, Alabama   36532

 7

 8    REPRESENTING THE DEFENDANTS:
      (Via Zoom Teleconference)
 9
                 TIMOTHY P. PITTMAN, ESQUIRE
10               Rubin Lublin, LLC
                 200 Clinton Avenue
11               Suite 406
                 Huntsville, Alabama   35801
12

13

14

15

16

17

18

19               LAUREN S. DORGAN
                 Court Reporter
20

21

22

23
```

| | |
|---|---|
| 1 | Paragraph 65 there is an address, is that a valid |
| 2 | address for Fay in Chicago? |
| 3 | A    I have never seen that address before. |
| 4 | Q    Did you have occasion to review Fay's website |
| 5 | and see if that address was listed on the website as |
| 6 | Mr. Driggers address? |
| 7 | A    I did not. |
| 8 | Q    As far as you know that would not be the address |
| 9 | to send the notice of error to, is that fair enough to |
| 10 | say, the address that's in Paragraph 65? |
| 11 | A    Yeah, the address there was not the address that |
| 12 | I recited earlier as the NOE address. |
| 13 | Q    What about the address in Paragraph 67, have you |
| 14 | seen that address before? |
| 15 | A    Yes, and that is the address I stated earlier. |
| 16 | Q    When Fay receives a notice of error at that |
| 17 | address can you describe for me what the process is? |
| 18 | A    That is the address of a registered agent, and |
| 19 | the registered agent then reviews the document and |
| 20 | sends it to Fay. |
| 21 | Q    Then what happens? |
| 22 | A    Then as I had stated earlier, it gets logged in |
| 23 | our MSP system as an incoming notice, from that point |

# JAMES R. DRIGGERS

## vs

# CALIBER HOME LOANS

# JAMES RONALD DRIGGERS

## September 18, 2020



ALABAMA COURT REPORTING

www.alabamareporting.com   *   877.478.3376

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
 2                      SOUTHERN DIVISION
 3
     JAMES R. DRIGGERS,
 4
          Plaintiff,
 5
          vs.           CASE NO. 1:19-cv-00850-JB-B
 6
     CALIBER HOME LOANS, INC.,
 7   FAY SERVICING, LLC, and
     CITIBANK M.A. AS TRUSTEE
 8   FOR CMLTI ASSET TRUST,
 9        Defendants.
10                * * * * * * * * * *
11        VIRTUAL AND VIDEOTAPED DEPOSITION OF JAMES
12   RONALD DRIGGERS, taken pursuant to stipulation
13   and agreement before Audrey Kirkland, Court
14   Reporter and Commissioner for the State of
15   Alabama at Large, on Friday, September 18,
16   2020, commencing at approximately 1:15 p.m.
17                * * * * * * * * * *
18                       CERTIFIED
19                        ORIGINAL
20
21
22
23
```

Page 2

```
 1                    APPEARANCES
 2
     APPEARING VIRTUALLY ON BEHALF OF THE PLAINTIFF:
 3
     Mr. Earl Underwood
 4   UNDERWOOD & REIMER
     Attorneys at Law
 5   21 South Section Street
     Fairhope, Alabama  36532
 6
 7   APPEARING VIRTUALLY ON BEHALF OF THE DEFENDANT:
 8   Mr. Timothy P. Pittman
     RUBIN LUBLIN
 9   Attorneys at Law
     200 Clinton Avenue West
10   Suite 406
     Huntsville, Alabama  35801
11
12   ALSO APPEARING VIRTUALLY:
13   Suzanne Riggers, Video Technician
     Jon Pierce, Videographer/Video Technician
14
15                * * * * * * * * * *
16
17
18
19
20
21
22
23
```

Page 3

```
 1                       INDEX
 2
     EXAMINATION BY:                          PAGE
 3
     PITTMAN.........................................7
 4
 5   EXHIBITS                                 PAGE
 6   DEFENDANTS' EXHIBIT #1........................24
         Amended Complaint
 7
     DEFENDANTS' EXHIBIT #2........................24
 8       Reaffirmation Agreement Cover Sheet
 9   DEFENDANTS' EXHIBIT #3........................32
         Modification of Note and Rider Agreement
10
     DEFENDANTS' EXHIBIT #4........................39
11       Confidential Settlement and General
         Release Agreement
12
     DEFENDANTS' EXHIBIT #5........................50
13       Notice of Error and Request for
         Information
14
     DEFENDANTS' EXHIBIT #6........................56
15       Notice of Error and Request for
         Information
16
     DEFENDANTS' EXHIBIT #7........................60
17       Notice of Error and Request for
         Information
18
     DEFENDANTS' EXHIBIT #8........................66
19       Service of Process Receipt
20   DEFENDANTS' EXHIBIT #9........................67
         USPS Tracking
21       (Retained by Mr. Pittman)
22   DEFENDANTS' EXHIBIT #10......................102
         Offer of Judgment
23
```

Page 4

```
 1   EXHIBITS (continued)                     PAGE
 2   DEFENDANTS' EXHIBIT #11......................107
         Phone Log
 3
 4                * * * * * * * * * *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```



```
 1    be any information in there about those.
 2    Q    Does Fay designate a certain address for notices
 3    of error?
 4    A    There is a specific notice of error address, I
 5    believe it's 901 South 2nd Street Suite 201, and I
 6    think it's in Springfield, Illinois if I'm correct.
 7    Q    Now, if a notice of error went to a different
 8    address what is Fay's policy with that event?
 9    A    As far as a different address, that I don't
10    know.  Again, I don't know if we even received some
11    letters that go to a different address, I couldn't
12    really comment on that.
13    Q    Let me drop down to Number 10.  As far as you
14    know how many employees does Fay have handling of
15    credit bureau disputes?
16    A    I do not know that answer specifically.  If
17    you're just talking about credit bureau disputes, I
18    really don't know a number that I can put on that.
19    Q    What about servicing disputes?
20    A    Servicing disputes, again, I don't really know a
21    specific number.  Right now I think the complaint
22    department there is probably about six or seven
23    different people, and I do know that if there are ever
```