## JAMES R. DRIGGERS
12240 Sandy Creek Drive
Foley, Alabama 36535-4870
### NOTICE OF ERROR AND REQUEST FOR INFORMATION

February 18, 2019

Faye Servicing, LLC
901 S. 2nd Street Suite 201
Springfield, IL 62704

>    *Re:*   *Caliber Loan Number:*   **9804137389-011D**
>            *Property Address:*      ***12240 Sandy Creek Drive, Foley, Alabama 36536***
>            *Borrower:*              ***James R. Driggers***

Dear Sir/Madam:

I received your Statement dated 11/20/18 and I believe it to be incorrect. It is being stated that I made a payment of $635.00 when I actually made a payment of $604.08 on the 6th over the phone. Confirmation number 111420181237073011. This was the amount I was told I was to pay. Also, you have my principal listed as $140,988.61 and I do not believe this to be true. Please correct this.

I am also requesting that you send me proof of insurance since I have yet to receive this.

I am writing to request that you investigate this to determine whether the payments are property applied to the account. I am also requesting that you make all appropriate corrections. Also, I received a phone call from a lady the other day who said that my payment was going to increase by $100.00 a month and I would like to know why.

Please regard this as a notice of error and qualified written request pursuant to 12 U.S.C. 2605(e) and provide me with the following:

1) A complete payment and transaction history for this loan, including all entries of any nature in the form of a debit, a credit, a transfer or otherwise;

2) Statement of each payment you claim I have not made since you began servicing the loan;

3) Detailed payoff statement;

4) The amount of any funds deposited in any suspense accounts or corporate advance accounts or any other similar accounts and a description of all payments from any such accounts including the date of the payment, the purpose or nature of the payment, and the amount of each such payment; and


DEFENDANT'S EXHIBIT 16

FAY 003

5) All documents related to any modification of the loan and an accounting of any "deferred" amounts.

6) A copy of any insurance policy that you purchased to insure the home.

Please send the requested information and documents to me at the above address within thirty (30) days and I look forward to receiving your response. If you have any questions, I can be reached 251-986-7642.

Sincerely,

*James Driggers* (signature)
JAMES DRIGGERS

Case 1:19-cv-00850-JB-B  Document 56-16  Filed 10/13/20  Page 3 of 4  PageID #: 439



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2/25/2019

Ada Rivera
**Fay Servicing, LLC**
440 S. LaSalle St
20th Floor
Chicago, IL 60605 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: Fay Servicing, LLC**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: N/A

### SERVICE INFORMATION

| | |
|---|---|
| Service Date: | 2/25/2019 |
| Service Time: | 2:43PM CST |
| Service Method: | Mail (Certified) |

### RASi REFERENCE INFORMATION

| | |
|---|---|
| Service No.: | 0100133 |
| RASi Office: | Illinois |
| Rec. Int. Id.: | JLW |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 9804137389-011D |
| File Date: | 02/18/2019 |
| Jurisdiction: | 12 U.S.C.A 2605(E) |
| Case Title: | RE: JAMES R. DRIGGERS, 12240 SANDY CREEK DRIVE, FOLEY, ALABAMA 36536 |

### ANSWER / APPEARANCE INFORMATION

30 days  *(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

| | |
|---|---|
| Firm/Issuing Agent: | N/A |
| Attorney/Contact: | JAMES DRIGGERS |
| Location: | Alabama |
| Telephone No.: | 251-986-7642 |

### DOCUMENT(S) RECEIVED & ATTACHED

Qualified Written Request
Notice: OF ERROR
OtherDetail: REQUEST FOR INFORMATION

### ADDITIONAL NOTES

Questions or Comments... Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

FAY 001

$7.300
US POSTAGE
FIRST-CLASS
FROM 36502
FEB 19 2019
stamps
endicia



7017 1000 0000 0523 3621

Faye Servicing, LLC
901 S. 2nd Street Suite 201
Springfield IL 62704-7909

James R. Driggers
12240 Sandy Creek Drive
Foley, Alabama 36535-4870

FAY 002