IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| **JAMES R. DRIGGERS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**CALIBER HOME LOANS, INC.,**<br>**FAY SERVICING, LLC, and**<br>**CITIBANK N.A. AS TRUSTEE FOR**<br>**CMLTI ASSET TRUST,**<br><br>    Defendants. | Case No. 1:19-cv-00850-JB-B |

### JOINT MOTION TO CONTINUE TRIAL SETTING AND PRETRIAL DEADLINES PENDING SUMMARY JUDGMENT

COME NOW, James Driggers ("Plaintiff") Fay Servicing, LLC ("Fay") and CitiBank, N.A., as Trustee for CMLTI Asset Trust ("CitiBank") (Fay and CitiBank are "Defendants"), and file this Joint Motion to Continue the Trial and all Pretrial Conference deadlines pending a decision on their Cross Motions for Summary Judgment, respectfully showing this Honorable Court as follows:

    1.    On March 4, 2020, just prior to the publicly known onslaught of the COVID-19 pandemic, Magistrate Judge Bivins entered a Rule 16(b) Scheduling Order. [Doc. 40] set a final pretrial conference for January 12, 2021, jury selection for February 2, 2021, and a jury trial sometime in February 2021. *Id.* at pgs. 1-2.

2. On October 13, 2020, Defendants filed a Motion for Summary Judgment [Doc. 56] on all pending claims. On the same date, Plaintiff filed a Motion for Partial Summary Judgment [Doc. 58]. The motions have been fully briefed and remain pending. The pending Cross Motions for Summary Judgment are expected to be dispositive of some, if not all, the major issues in the case, and will likely serve to severely alter the number and scope of issues that remain for trial. The outcome will also likely significantly alter the legal elements, agreed facts, disputed facts, estimated trial time, jury instructions, exhibit lists and damages calculation to be set forth in the Joint Pretrial Document. Even if one or both motions be denied, the parties will need time to digest the basis for the decision and their misunderstanding of the application of law to the facts. Without knowing which, if any, claims will be at issue or why, the parties are not capable of making their final preparations to participate in a trial in February 2021, nor in the more immediate sense are they prepared to participate in pre-trial activities, such as providing the final report called for by the Court's Standing Order Governing Final Pretrial Conference.

3. If the case is resolved by the pending motions, it would not only save the parties and the Court a tremendous amount of resources relating to trial preparation, but it would also obviate the need for in-person appearances and potential exposure to COVID-19.

4. Neither party has previously requested or been granted a continuance of the trial or any pretrial deadline.

5. Neither party will be prejudiced by the requested continuance.

**WHEREFORE**, the premises considered, Plaintiff and Defendants together request that this Court continue the trial setting and all related pre-trial deadlines pending a decision on the Motions for Summary Judgment.

**RESPECTFULLY** submitted this 5th day of January 2021.

*/s/Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**
**Underwood & Riemer, P.C.**
**21 South Section Street**
**Fairhope, Alabama 36532**
**Telephone: 251-990-5558**
**Facsimile: 251-990-0626**
epunderwood@alalaw.com
*Attorney for Plaintiff*

*/s/ Timothy P. Pittman (with permission)*
**Timothy P. Pittman**
**Rubin Lublin, LLC**
**200 Clinton Avenue**
**Suite 406**
**Huntsville, Alabama 35801**
**Telephone: 678-281-2972**
**Facsimile: 404-601-5095**
tpittman@rubinlublin.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 5, 2021 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      */s/ Earl P. Underwood, Jr.*
                                      **Earl P. Underwood, Jr.**