IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. DRIGGERS,<br><br>      Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.,<br>FAY SERVICING, LLC, and<br>CITIBANK N.A. AS TRUSTEE FOR<br>CMLTI ASSET TRUST,<br><br>      Defendants. | Case No. 1:19-cv-00850-JB-B |

## THIRD JOINT MOTION TO CONTINUE TRIAL SETTING AND PRETRIAL DEADLINES PENDING SUMMARY JUDGMENT RULING

COME NOW, James Driggers ("Plaintiff") Fay Servicing, LLC ("Fay") and CitiBank, N.A., as Trustee for CMLTI Asset Trust ("CitiBank") (Fay and Citi are "Defendants"), and file this Third Joint Motion to Continue the Trial and all Pretrial Conference pending a decision on their Cross Motions for Summary Judgment, respectfully showing this Honorable Court as follows:

1.     On March 4, 2020, just prior to the publicly known onslaught of the COVID-19 pandemic, Magistrate Judge Bivins entered a Rule 16(b) Scheduling Order [Doc. 40] setting a final pretrial conference for January 12, 2021, jury selection for February 2, 2021, and a jury trial sometime in February 2021. *Id.* at pgs. 1-2.

2.     On October 13, 2020, Defendants filed a Motion for Summary Judgment [Doc. 56] on all pending claims. On the same date, the Plaintiff filed a Motion for Partial Summary Judgment [Doc. 58]. The motions have been fully briefed. The court hosted the parties for hearing on both motions on April 20, 2021. The motions remain pending.

3.     The pending Cross Motions for Summary Judgment are expected to be dispositive of some, if not all, the major issues in the case, and will likely serve to severely alter the number and scope of issues that remain for trial. The outcome will also likely significantly alter the legal elements, agreed facts, disputed facts, estimated trial time, jury instructions, exhibit lists, and damages calculation to be set forth in the Joint Pretrial Document. Even if one or both motions be denied, the parties will need time to digest the basis for the decision and their misunderstanding of the application of law to the facts. Without knowing which, if any, claims will be at issue or why, the parties are not capable of making their final preparations to participate in a trial in August 2021, nor in the more immediate sense are they prepared to participate in pre-trial activities, such as providing the final report called for by the Court's Standing Order Governing Final Pretrial Conference.

4.     On January 5, 2021, the Court granted the parties' first joint motion resetting the trial of the case for April 27, 2021 [doc. 71] to permit a ruling on summary judgment.

5. On April 6, 2021, the Court granted the parties' second joint motion, in part, resetting the trial of the case for August 3, 2021 [doc. 73] to permit a ruling on summary judgment.

6. The circumstances have not changed. There has been no ruling on summary judgment, but if the case is resolved by the pending motions, it would not only save the parties and the court a tremendous amount of resources relating to trial preparation, but it would also obviate the need for in-person appearances and potential exposure to COVID-19.

7. The parties have twice before requested and been granted a continuance of the trial and attendant pretrial deadlines.

8. Neither party will be prejudiced by the requested continuance.

WHEREFORE, the premises considered, the Plaintiff and Defendants pray together request that this Court continue the trial setting and all related pre-trial deadlines pending a decision on the Motions for Summary Judgment.

Respectfully submitted on May 24, 2021.

| s/ Timothy P. Pittman | s/Earl P. Underwood, Jr. |
|---|---|
| Timothy P. Pittman (ASB-0075-I51P) | Earl P. Underwood, Jr. |
| Rublin Lublin, LLC | Underwood & Riemer, P.C. |
| 200 Clinton Avenue West, Suite 406 | 21 South Section Street |
| Huntsville, AL 35801 | Fairhope, Alabama 36532 |
| (678) 281-2972 | (251) 990-5558 |
| tpittman@rlselaw.com | epunderwood@alalaw.com |
| Attorney for Fay Servicing, LLC | Counsel for Plaintiff |