IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. DRIGGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00850-JB-B |
| | ) |
| CALIBER HOME LOANS, INC., et al | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the Motion for Summary Judgment filed by Defendants Citibank NA and Fay Servicing, LLC. (Doc. 56). Upon due consideration of the parties' briefs, record citations, oral argument, and all other relevant materials, the Court finds that the Motion is due to be GRANTED. The Court further finds, therefore, that Plaintiff's Motion for Partial Summary Judgment (Doc. 59) is due to be DENIED. A Memorandum Opinion and Judgment shall be entered in due course.

**DONE and ORDERED** this 2nd of July, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE