# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. DRIGGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00850-JB-B |
| | ) |
| CALIBER HOME LOANS, INC., et al | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered July 15, 2021 (Doc. 77), it **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 15th day of July, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE